days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2064.  IN RE DISBARMENT OF OLDS.  Dean A. Olds, of Laguna Beach, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2065.  IN RE DISBARMENT OF KULIE.  Keith John Kulie, of Addison, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2066.  IN RE DISBARMENT OF NORVELL.  James David Norvell, of Abilene, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2067.  IN RE DISBARMENT OF WEBB.  Bryant Ashley Webb, of Woodbridge, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2068.  IN RE DISBARMENT OF REYES-VIDAL.  Antonio Reyes-Vidal, of San Antonio, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.  TEXAS v. NEW MEXICO.  Motion of the River Master for fees and expenses granted, and it is ordered that the River Master is awarded a total of $2,505 for the period January 1 through March 31, 1999, to be paid equally by the parties.  [For earlier order herein, see, e. g., 525 U. S. 805.]

No. 98–7771.  SCHWARZ v. NATIONAL SECURITY AGENCY ET AL.  C. A. D. C. Cir.; and

No. 98–7782.  SCHWARZ v. EXECUTIVE OFFICE OF THE PRESIDENT ET AL.  C. A. 11th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 122] denied.